No. 316. WESTERN AIR LINES, INC. *v.* CALIFORNIA. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Hugh W. Darling* and *D. P. Renda*

860

for appellant. *Everett C. McKeage* for appellee.